July 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICK DALE EARVIN, Appellant

NO. 14-14-00702-CR
NO. 14-14-00703-CR                         V.

THE STATE OF TEXAS, Appellee

_____

Cause No. 14-14-00702-CR was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**. We further order this decision certified below for observance.

Cause No. 14-14-00703-CR was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**. We further order this decision certified below for observance.